HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE K. BLOCK,

          Plaintiff,

   v.

SNOHOMISH COUNTY, et al.,

          Defendants.

CASE NO. C19-111 RAJ

ORDER

This matter comes before the Court on Defendants' Motion to Dismiss. Dkt. # 16. Plaintiff did not oppose the motion. The Court considers this to be "an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2). Moreover, the Court agrees with Defendants that Plaintiff violated an order entered by King County Superior Court Judge Michael Scott on July 11, 2018 by filing this pro se lawsuit in Skagit County Superior Court. Judge Scott's Order imposed prefiling restrictions on Ms. Block for any future pro se lawsuit that Ms. Block filed in any Washington State Court, and Plaintiff did not comply with these restrictions before filing this case in Skagit County Superior Court. Judge Scott's Order is entitled to the full faith and credit in this Court as it would be given in Washington State Court. The Court also finds that permitting any further

amendment would be futile, as it would not cure Plaintiff's noncompliance with Judge Scott's Order.

Accordingly, the Court **GRANTS** Defendants' Motion to Dismiss, (Dkt. # 16) and dismisses Plaintiff's Complaint **WITH PREJUDICE**.

Dated this 6th day of March, 2019.

The Honorable Richard A. Jones
United States District Judge